[No. 5839-1.   Division One.   February 20, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
JESSIE WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 76219, T. Patrick Corbett, J., entered July 21,

1022

1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, A.C.J., and James, J.